THURMAN GOODMAN *v.* COMMISSIONER OF
CORRECTION
(AC 17135)

Foti, Hennessy and Dupont, Js.

Argued October 27—officially released November 24, 1998

Per Curiam. The judgment is affirmed.

STATE OF CONNECTICUT *v.* RICKIE WILSON
(AC 17326)

Lavery, Hennessy and Sullivan, Js.

Argued November 2—officially released November 24, 1998

Per Curiam. The judgment is affirmed.

JOSEPH COVILLION *v.* PLANTE
BROTHERS, INC., ET AL.
(AC 17947)

Schaller, Spear and Sullivan, Js.

Submitted on briefs October 29—officially released November 24, 1998

Per Curiam. The decision of the workers' compensation review board is affirmed.